IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JOHNATHAN BRYANT GOODWIN, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 3:08-CV-1793-P |
| | ) | ECF |
| ART INSTITUTE OF DALLAS and | ) | |
| LESLIE BAUGHAM, | ) | |
| Defendant. | ) | |

## ORDER

After making the review required by 28 U.S.C. § 636(b), the Court finds that the Findings, Conclusions and Recommendation of the Magistrate Judge are correct, and they are adopted as the findings and conclusions of the Court.

Signed this 10th day of December 2008.

_____
JORGE A. SOLIS
UNITED STATES DISTRICT JUDGE